UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE ANDERSON COLEMAN,

    Plaintiff,

CASE NO. 1:07-CV-468

v.

HON. ROBERT J. JONKER

VICKI BRADLEY, et al.,

    Defendants.

_____/

# ORDER AND JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Brenneman's second Report and Recommendation in this matter (docket # 37). The Report and Recommendation was duly served on the parties on August 13, 2008. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 13, 2008, is approved and adopted as the opinion of the Court. **IT IS FURTHER ORDERED** that Plaintiff's ex parte Motion for a Temporary Restraining Order (docket # 35) is **DENIED**.

Dated:  February 23, 2009        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE